| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| 2 | Frank V. Pietrantonio (*pro hac vice*) |
|   | Jonathan G. Graves (*pro hac vice*) |
| 3 | Nathan K. Cummings (*pro hac vice*) |
|   | Brian E. Mitchell (190095) |
| 4 | 101 California Street, Fifth Floor |
|   | San Francisco, California 94111-5800 |
| 5 | Telephone: (415) 693-2000 |
| 6 | Facsimile:  (415) 693-2222 |
| 7 | ATTORNEYS FOR PLAINTIFF |
|   | RONALD A. KATZ TECHNOLOGY LICENSING, L.P. |
| 8 | |
| 9 | MORRISON & FOERSTER LLP |
|   | Charles S. Barquist (133785) |
| 10 | Rachel Krevans (116421) |
|    | Michael W. Vella (151796) |
| 11 | 12351 High Bluff Drive, Suite 100 |
|    | San Diego, California 92130-2040 |
| 12 | Telephone: (858) 720-5100 |
|    | Facsimile:  (858) 720-5125 |
| 13 | |
| 14 | ATTORNEYS FOR DEFENDANTS |
|    | LEAP WIRELESS INTERNATIONAL, INC. AND CRICKET |
| 15 | COMMUNICATIONS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re KATZ INTERACTIVE CALL PROCESSING LITIGATION | Case No. 07-ML-1816-C RGK (FFMx) |
| This document relates to: | Case No. 2:07-CV-5061-RGK (FFMx) |
| Ronald A. Katz Technology Licensing L.P., Plaintiff, | (Originally filed in D. Del. as Case No. 1:07-cv-00368-GMS) |
| v. | **Stipulation of Dismissal of Defendants Leap Wireless International, Inc. and Cricket Communications, Inc.** |
| Citizens Communications Co., et al., Defendants. | |
| | Case No. 2:07-CV-5061-RGK (FFMx) |
| | Honorable R. Gary Klausner |

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW

KATZ V. CITIZENS COMMUNICATIONS CO., ET AL.,
2:07-CV-5061-RGK (FFMX)

STIPULATION OF DISMISSAL OF DEFS. LEAP
WIRLESS & CRICKET COMMUNICATIONS

**WHEREAS:** (1) on June 8, 2007, Plaintiff Ronald A. Katz Technology Licensing, L.P. ("Plaintiff") filed a complaint in the United States District Court for the District of Delaware commencing Civil Action No. 1:07-cv-00368-GMS against Defendants Citizens Communications Co., Frontier Communications of America, Inc., Frontier Subsidiary Telco LLC, Leap Wireless International, Inc., and Cricket Communications, Inc.; (2) on August 1, 2007, Defendants Leap Wireless International, Inc. and Cricket Communications, Inc. filed their answer to Plaintiff's complaint and counterclaims; (3) on August 14, 2007, the District of Delaware transferred Civil Action No. 1:07-cv-00368-GMS to this Court pursuant to the June 20, 2007 conditional transfer order of the Judicial Panel on Multidistrict Litigation; (4) on August 23, 2007, Defendants Leap Wireless International, Inc. and Cricket Communications, Inc. filed, pursuant to a stipulation of the parties, their first amended answer to Plaintiff's complaint and counterclaims; and (5) on September 17, 2007, Plaintiff filed its answer to Defendants Leap Wireless International, Inc.'s and Cricket Communications, Inc.'s first amended answer and counterclaims.

**WHEREAS:** Plaintiff and Defendants Leap Wireless International, Inc. and Cricket Communications, Inc. have reached a mutually satisfactory resolution of all issues between them that were the subject of this action, Civil Case No. 2:07-5061-RGK (FFMx), which provides that:

1. All claims asserted by Plaintiff against Defendants Leap Wireless International, Inc. and Cricket Communications, Inc. and all counterclaims asserted by Defendants Leap Wireless International, Inc. and Cricket Communications, Inc. against Plaintiff are dismissed with prejudice;

2. Each of the parties shall bear its own costs, expenses, and attorneys' fees associated with the prosecution and defense of this action; and

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW

KATZ V. CITIZENS COMMUNICATIONS CO., ET AL.,
2:07-CV-5061-RGK (FFMx)   1.

STIPULATION OF DISMISSAL OF DEFS. LEAP WIRLESS & CRICKET COMMUNICATIONS

3. This Court shall retain jurisdiction over this matter for purposes of enforcement of the settlement.

Respectfully submitted,

February 8, 2008                                        February 8, 2008

By: ___/s/Brian E. Mitchell___                          By: ___/s/Michael W. Vella___

COOLEY GODWARD KRONISH LLP                              MORRISON & FOERSTER LLP
Frank V. Pietrantonio                                   Charles S. Barquist
Jonathan G. Graves                                      Rachel Krevans
Nathan K. Cummings                                      Michael W. Vella
Brian E. Mitchell

Attorneys for Plaintiff                                 Attorneys for Defendants

RONALD A. KATZ TECHNOLOGY                               LEAP WIRELESS
LICENSING, L.P.                                         INTERNATIONAL, INC. AND
                                                        CRICKET COMMUNICATIONS, INC.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW

KATZ V. CITIZENS COMMUNICATIONS CO., ET AL.,
2:07-CV-5061-RGK (FFMX)

2.

STIPULATION OF DISMISSAL OF DEFS. LEAP
WIRLESS & CRICKET COMMUNICATIONS