

# MEMORANDUM

Date: _____

To:   Courtroom Deputy Clerk to, _____

From: _____

Re:   **Notice of Statistical Adjustment**
      Case Number: _____
      Case Name: _____

    This is to notify you that the ☐ Opening  ☐ Closing  ☐ Reopening  ☐ Reassignment of the above-entitled case will be reported for the month of _____ instead of _____ for the following reason(s):

☐    Document    ☐ closing ☐ reopening ☐ reassigning the case, filed on _____
    was received on _____, after the reporting cut-off for the filing month.
      ○ Made JS-5 this date.     ○ Made JS-6 this date.    ○ Reassignment made this date.

☐    Document    ☐ closing ☐ reopening ☐ reassigning  the case was docketed timely but the
    ☐ JS-6      ☐ JS-5      ☐ Reassignment was not statistically made.
      ○ Made JS-5 this date.    ○ Made JS-6 this date. ○ Reassignment made this date.

☐    Case was ☐ closed in error on _____. Reopening JS-5 made this date.

☐    Case was ☐ reopened in error on _____. Closing  JS-6 made this date.

☐    Case was ☐ assigned ☐ reassigned to _____ in error.
    Case is, this date, reassigned from _____ to
    _____.

☐    Other:

*cc:  Data Collections & Analysis*
    *Supervisor:   ☐DQA      ☐Deputy in Charge*